Eastern District of Kentucky
FILED
OCT 1 6 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**MASTER FILE NO.**  5:06-cv-00316-KSF

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006

RELATES TO:
  Demrow v. Comair, Inc.      5:06-cv-00371-KSF LEAD
  Byrd v. Polehinke           5:07-cv-00275-KSF (consolidated with lead)

### AGREED ORDER OF DISMISSAL

Plaintiffs, Tony Byrd, Elizabeth Sue Byrd and Patricia Anderson, Individually, and as Co-Administrators of the Estate of Brian Byrd and Patricia Anderson, as Legal Guardian for Trenton Blaine Byrd, an unmarried infant, and the Defendants, Comair, Inc. and James Polehinke, having reached an agreement with respect to the claims asserted by the Plaintiffs, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that all claims that have been or could have been asserted in the above civil action by all parties be and hereby **DISMISSED WITH PREJUDICE,** except that Comair Defendants' claims asserted in the Third Party Complaint and Cross-Claim against Defendants and Third-Party Defendants shall not be dismissed and shall remain on the active docket pending resolution. The parties shall pay their own costs.

DATED this the day of October, 2008.

*/s/ KSF*

HON. KARL S. FORESTER, SENIOR JUDGE

SEEN AND AGREED BY:

_____
ATTORNEYS FOR PLAINTIFFS

_____
ATTORNEYS FOR DEFENDANTS,
COMAIR, INC.

_____
For ATTORNEYS FOR DEFENDANTS,
JAMES POLEHINKE

*email authority*